# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NATOSHA SANDERS                    ) Case No. CV 17-0320-JPR
                                   )
                Plaintiff,         )    **JUDGMENT**
                                   )
        v.                         )
                                   )
NANCY A. BERRYHILL, Acting         )
Commissioner of Social             )
Security,                          )
                                   )
                Defendant.         )
_____   )

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered remanding the matter for further administrative action consistent with the Memorandum Decision and Order filed concurrently herewith.

DATED: May 22, 2018         _____

                         JEAN ROSENBLUTH
                         U.S. Magistrate Judge